Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com

John J. Nelson (*Pro Hac Vice*)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| BILL JACKSON, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>CIOX HEALTH LLC d/b/a DATAVANT GROUP,<br><br>                    Defendant. | Case No. 2:24-cv-03682-DLR |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Bill Jackson, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant Ciox Health LLC d/b/a Datavant Group without prejudice.

- 1 -

Dated: June 30, 2025

Respectfully submitted,

*/s/ John J. Nelson*
John J. Nelson (Pro Hac Vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
402 W. Broadway, Suite 1760
San Diego, CA  92101
Tel.:   (858) 209-6941
jnelson@milberg.com

Cristina Perez Hesano (#027023)
**PEREZ LAW GROUP, PLLC**
7508 N. 59th Avenue
Glendale, Arizona 85301
Phone: (602) 730-7100
Fax: (602) 794-6956
cperez@perezlawgroup.com